# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| EDDRICCO LI'SHAUN BROWN-BEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00015-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIK A. HOOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2018 Order.

January 26, 2018

_____
Frank G. Johns, Clerk
United States District Court